NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PATRICK TAKEUCHI,**
*Petitioner,*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2014-3051

---

Petition for review of the Merit Systems Protection Board in No. SF-0752-12-0687-I-1.

---

## ON MOTION

---

## O R D E R

Patrick Takeuchi submits his informal brief out of time, which the court treats as a motion to file his brief out of time. The Board does not object.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.  The Board should calculate its brief due date from the date of filing of this order.

2                                        TAKEUCHI v. MSPB

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s21